IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIONEL ANTONIO CRUZ CORTES, *et al.* )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>SAIGON KITCHEN, INC., *et al.*, )<br>)<br>*Defendants*. ) | Case No. 18-cv-00500-CRC |

**DEFENDANTS' SAIGON KITCHEN, INC., *ET AL.*, ANSWER TO COMPLAINT**

Defendant Saigon Kitchen, Inc., Tran Phong, and Lan Vu (collectively, "Defendants"), by and through undersigned counsel, does hereby answer the Complaint in this matter, and state as follows:

1. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1, and on that basis deny them.

2. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2, and on that basis deny them.

3. Admit.

4. Admit.

5. Admit.

6. To the extent that this allegation represents legal conclusions, Defendants have no requirement to admit or deny. To the extent that this allegation could be construed as allegation of fact, Defendants deny.

7. To the extent that this allegation represents legal conclusions, Defendants have no requirement to admit or deny.  To the extent that this allegation could be construed as allegation of fact, Defendants deny.

8. This paragraph makes legal conclusions that require no denial; Defendant otherwise lacks information to admit or deny these allegations.

9. This paragraph makes legal conclusions that require no denial; Defendant otherwise lacks information to admit or deny these allegations

10. Denied.

11. Denied

12. Denied.

13. Denied

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23.  This paragraph makes legal conclusions that require no denial; Defendant otherwise lacks information to admit or deny these allegations.

24. To the extent that this allegation represents legal conclusions, Defendants have no requirement to admit or deny. To the extent that this allegation could be construed as allegation of fact, Defendants deny.

25. No response required.

26. No response required.

27. To the extent that this allegation represents legal conclusions, Defendants have no requirement to admit or deny. To the extent that this allegation could be construed as allegation of fact, Defendants deny.

28. No response required.

29. Denied.

30. Denied.

31. Denied.

32. No response required.

33. To the extent that this allegation represents legal conclusions, Defendants have no requirement to admit or deny. To the extent that this allegation could be construed as allegation of fact, Defendants deny.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. No response required.

39. To the extent that this allegation represents legal conclusions, Defendants have no requirement to admit or deny.  To the extent that this allegation could be construed as allegation of fact, Defendants deny.

40. To the extent that this allegation represents legal conclusions, Defendants have no requirement to admit or deny.  To the extent that this allegation could be construed as allegation of fact, Defendants deny.

41. To the extent that this allegation represents legal conclusions, Defendants have no requirement to admit or deny.  To the extent that this allegation could be construed as allegation of fact, Defendants deny.

42. Denied.

## AFFIRMATIVE DEFENSES

I. The Complaint fails to state a claim upon which relief may be granted.

II. Plaintiffs' claims are barred by statute of limitations.

III. Plaintiffs' claims are barred by accord and satisfaction.

IV. Plaintiffs' claims are barred, in whole or in part, by the doctrine of waiver.

V. Plaintiffs' claims are barred by release.

VI. Plaintiffs' claims are barred, at least in part, by offset.

VII. Plaintiffs' claims are barred by the doctrine of unclean hands and or are otherwise barred by their own fraudulent conduct and or criminal acts.

Defendants reserve the right to raise such further and additional defenses as may become available depending upon the outcome of discovery and ongoing investigation.

Respectfully submitted,

Date: April 13th, 2018

By: /s/_____
Joshua G. Whitaker (D.C. Bar No. 493898)
ADELPHI, LLP
1936 Eastern Avenue
Baltimore, MD  21231
(888) 367-0383 – Telephone/Facsimile
Whitaker@adelphilaw.com

*Counsel for Defendant Saigon Kitchen, Inc., Tran Phong, and Lan Vu*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on April 13th, 2018, a copy of the foregoing *Answer* was filed electronically with the Clerk of the Court using the CM/ECF system.

By: /s/_____

Joshua G. Whitaker, Esq.