IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIONEL ANTONIO CRUZ CORTES, *et al.* | * |
| PLAINTIFFS, | * |
| v. | *  Case No.: 1:18-cv-00500-CRC |
| SAIGON KITCHEN, INC., *et al.* | * |
| DEFENDANTS. | * |

**************************************************************************

## JOINT NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT

The Parties, by their undersigned counsel, hereby notify the Court that Plaintiffs, by their undersigned counsel, hereby give written notice of their acceptance of the Rule 68 Offer of Judgment issued by Defendants, Saigon Kitchen, Inc. Lan Vu, and Phong Tran, attached hereto as Exhibit A, in the total sum of $18,000.000, exclusive of attorney fees and costs. The Parties agree that Defendants' Offer of Judgment shall be divided as follows:

1. Lionel Antonio Cruz, Sr. accepts judgment in his favor and against Saigon Kitchen, Inc. Lan Vu, and Phong Tran, jointly and severally, in the total gross amount of $12,490.51 in satisfaction of all Lionel Antonio Cruz, Sr.'s claims in the Complaint, exclusive of attorney fees and costs;

2. Lionel Antonio Cruz Cortez accepts judgment in his favor and against Saigon Kitchen, Inc. Lan Vu, and Phong Tran, jointly and severally, in the total gross amount of $5,509.49 in satisfaction of all Lionel Antonio Cruz Cortez's claims in the Complaint, exclusive of attorney fees and costs;

3. Plaintiffs will file a petition for fees and costs by July 6, 2018.

4. A Proposed Order of Judgment is attached hereto.

1

WHEREFORE, the Parties jointly request the Court enter Judgment against Defendants, Jointly and Severally, as set forth above.

Respectfully submitted,

_____*-S-*_____
Michael K. Amster (Bar No. 1001110)
J. Barrett Kelly (Bar No. 1019475)
ZIPIN, AMSTER & GREENBERG, LLC
8757 Georgia Ave. Suite 400
Silver Spring, MD 20910
Tel: (301) 587 – 9373
Fax: (240) 839 – 9142
mamster@zagfirm.com
bkelly@zagfirm.com

*Counsel for Plaintiffs*


/s/ _____
Joshua G. Whitaker (D.C. Bar No. 493898)
ADELPHI, LLP
1936 Eastern Avenue
Baltimore, MD  21231
(888) 367-0383 – Telephone/Facsimile
Whitaker@adelphilaw.com

*Counsel for Defendants*


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of June, 2018, a copy of the foregoing was served via the Electronic Case File to all counsel of record.

_____*-S-*_____
Michael K. Amster