IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIONEL ANTONIO CRUZ CORTES, *et al.* | * |
| | * |
| PLAINTIFFS, | * |
| | * |
| v. | *   Case No.: 1:18-cv-00500-CRC |
| | * |
| SAIGON KITCHEN, INC., *et al.* | * |
| | * |
| DEFENDANTS. | * |

*************************************************************************

## **ORDER**

The Court having reviewed Defendants' Offer of Judgment and the Parties' Notice of Acceptance thereof, on this 13th day of June, 2018, hereby enters an Order of Judgment as follows:

1. ORDERED that Judgment is entered in favor of Lionel Antonio Cruz, Sr. and against Saigon Kitchen, Inc., Lan Vu, and Phong Tran, jointly and severally, in the total gross amount of $12,490.51 in satisfaction of all Lionel Antonio Cruz, Sr.'s claims in the Complaint, exclusive of attorney fees and costs; and it is further

2. ORDERED that Judgment is entered in favor of Lionel Antonio Cruz Cortez and against Saigon Kitchen, Inc., Lan Vu, and Phong Tran, jointly and severally, in the total gross amount of $5,509.49 in satisfaction of all Lionel Antonio Cruz, Sr.'s claims in the Complaint, exclusive of attorney fees and costs; and it is further

3. ORDERED that Plaintiffs shall file their Petition for Fees and Costs by July 6, 2018.

_____
Judge, United States District Court
For the District of Columbia