# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LIONEL ANTONIO CRUZ CORTES, *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | Case No. 1:18-cv-00500-CRC |
| SAIGON KITCHEN, INC., *et al.* | * | |
| Defendants. | * | |

*************************************************************************

## DECLARATION OF OMAR VINCENT MELEHY

I, OMAR VINCENT MELEHY, do hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that I am an adult resident of the State of Maryland and competent to testify to the matters contained herein.

1. I am admitted to practice law in the State of Maryland and the District of Columbia. I have been practicing law since 1987, when I was first admitted to the Maryland Bar.

2. I am the principle attorney at Melehy & Associates, LLC in Silver Spring, MD. I am an active member of the Metropolitan Washington D.C. Employment Lawyers Association and the Maryland Employment Lawyers Association. I act as a board member for the Washington Lawyers Committee for Civil Rights and Urban Affairs and the Metropolitan Washington Employment Lawyers Association. My area of practice is limited primarily to employee-side employment law.

3. I am familiar with the market rates for experienced employment law counsel in the Washington Metropolitan area. I have represented hundreds of employees throughout the course of my career. Many of my cases have been filed in the United States District Court for the District of Maryland and the United States District Court for the District of Columbia. I was lead counsel in a whistleblower retaliation case filed in United States District Court for the District of Columbia under the District of Columbia and Federal False Claims Acts and the District of Columbia Whistleblower Protection Act. The case was *Mohamed Amin Kakeh v. United Planning Organization*. In December 2008, following a three-week jury trial, I obtained a substantial verdict in excess of $900,000.00. The case was settled while on appeal.

4. Additionally, I have served as lead counsel in approximately over 50 cases filed in the United States District Court for the District of Columbia or the United States District Court for the District of Maryland.. About one third to one half of my practice has been in the wage and hour arena. I have been involved in individual actions as well as class and collective actions.

5. I am familiar with the skills and reputation of Zipin, Amster & Greenberg, LLC and with Michael Amster in particular. Mr. Amster worked as an Associate at Melehy & Associates, LLC from 2010 through 2012. Mr. Amster is known to me and the plaintiff's employment bar as a skilled employment lawyer and as having particular expertise in the area of wage and hour cases.

6. I am familiar with Mr. Amster's significant collective and class action work in the wage and hour employment field. I am familiar with cases that Mr. Amster has handled, including the case of *McFeeley et al. v. Jackson Street Entertainment, LLC*, in which Mr. Amster received a jury award of $265,276.50 in the U.S. District Court of Maryland. I can say without hesitation

that Mr. Amster enjoys a reputation as a skilled attorney and a highly effective advocate for employees.

7. I have been apprised of the nature of the *Cruz Cortes et al. v. Saigon Kitchen, Inc. et al.* lawsuit and of the rates charged by the Mr. Amster. I have reviewed the First Amended Complaint; the firm's time and billing records; and the motion for attorney's fees and costs. In my opinion, multi-plaintiff wage and hour cases such as this one present significant challenges. Wage and hour litigation is a highly specialized field and constitutes particularly complex litigation. D.C. law recognizes this, as demonstrated through the enactment of D.C. Code § 32-1308(b)(1), which mandates the payment of fees at the rates set forth in the Legal Service Index Laffey Matrix ("LSI Laffey Matrix). In this case, Mr. Amster's firm successfully received a judgment of $18,000.00.

A case of this nature is worthy of the hourly rates sought by the Zipin, Amster & Greenberg, LLC: $636.00 for Mr. Amster, $440.00 for a 2012 law school graduate, and $196 for paralegals. These rates are in line with the rates customarily sought and obtained by my firm, Melehy & Associates, LLC, in wage and hour litigation in the District of Columbia. Given the skill and reputation of Mr. Amster, he commands these hourly rates for similar work in this market. The rates requested by plaintiffs in this case are reasonable and are within the market rates for employment litigation in the Washington Metropolitan area.

8. I am familiar with the total number of hours Zipin, Amster & Greenberg, LLC expended in the prosecution of this case. Zipin, Amster, and Greenberg, LLC expended 52.5 hours of time in the prosecution of the present case. Of the time billed, Mr. Amster eliminated 6.6 hours and is seeking compensation for 45.9 hours. In total, he is requesting a total of $23,815.60 in fees and $659.35 in costs. It is my firm opinion that the hours and fees requested in Mr. Amster's Petition were reasonably necessary in the successful preparation and prosecution of Plaintiffs'

claims. I would add that Mr. Amster has litigated this case in an extremely efficient manner and the fees charges are more than reasonable.

9. I have not been compensated for this declaration, and I am not seeking fees in this litigation.

I declare, on this 6th day of July, 2018, under penalty of perjury that the foregoing is true and correct.

Omar Melehy
Digitally signed by Omar Melehy
DN: cn=Omar Melehy, o, ou, email=ovmelehy@melehylaw.com, c=US
Date: 2018.07.06 13:27:06 -04'00'

Omar Vincent Melehy

4