# EXHIBIT 3

**Plaintiffs' Attorneys' Fees - Cruz Cortes, et al. v. Saigon Kitchen, Inc., et al.**

| User | Date | Description | Hourly Rate | Hrs. Spent | Hrs. Billed | Total |
|---|---|---|---|---|---|---|
| Michael Amster | 7/5/2018 | Final preparation of Fee Petition; review/audit Plaintiffs' attorneys' fees, affidavits, proposed order. | $636.00 | 2.9 | 2.9 | $1,844.40 |
| Michael Amster | 7/3/2018 | Revise/edit Fee Petition; Affidavit, review/audit Plaintiffs' attorneys' fees, research fees under DCMWA. | $636.00 | 3.1 | 3.1 | $1,971.60 |
| Barrett Kelly | 7/3/2018 | Continue preparing Plaintiffs' Motion for Attorneys' Fees and supporting exhibits; revise/edit same. | $440.00 | 2.2 | 1.4 | $616.00 |
| Barrett Kelly | 7/2/2018 | Preparing Plaintiffs' Motion for Attorneys' Fees and supporting exhibits; research re same. | $440.00 | 4.8 | 3 | $1,320.00 |
| Michael Amster | 6/21/2018 | Review order. | $636.00 | 0.1 | 0.1 | $63.60 |
| Ariel Anzora | 6/7/2018 | Add Exhibit A as Errata with court | $196.00 | 0.2 | 0 | $0.00 |
| Michael Amster | 6/7/2018 | Final edit of Acceptance of Offer of Judgment, filing same. | $636.00 | 0.2 | 0.2 | $127.20 |
| Michael Amster | 6/7/2018 | Review and respond to correspondence from OC about settlement. | $636.00 | 0.1 | 0.1 | $63.60 |
| Michael Amster | 6/6/2018 | Researching acceptance of Joint Offer of Judgment when there has been no delineation between various plaintiffs. | $636.00 | 0.5 | 0.5 | $318.00 |
| Michael Amster | 6/6/2018 | Preparation of Acceptance of Offer of Judgment, Proposed Order, and correspondence to OC about same. | $636.00 | 0.8 | 0.8 | $508.80 |
| Barrett Kelly | 6/6/2018 | Conference with MA about case. | $440.00 | 0.1 | 0 | $0.00 |
| Michael Amster | 6/6/2018 | Conference with BK about case. | $636.00 | 0.1 | 0.1 | $63.60 |
| Michelle Patino | 6/6/2018 | Forwarded ECF notice to AA for dates that need to be entered. | $196.00 | 0.1 | 0 | $0.00 |
| Michael Amster | 6/5/2018 | Attend initial status conference, review file in preparation for status conferece. | $636.00 | 0.5 | 0.5 | $318.00 |

| Name | Date | Description | Rate | Hours | | Amount |
|---|---|---|---|---|---|---|
| Michael Amster | 6/5/2018 | Travel to and from initial status conference. | $636.00 | 1.9 | 1.9 | $1,208.40 |
| Michael Amster | 6/4/2018 | Review file in preparation for status conference. | $636.00 | 0.2 | 0.2 | $127.20 |
| Michael Amster | 6/4/2018 | Review and respond to correspondence to OC about settlement./ | $636.00 | 0.7 | 0.7 | $445.20 |
| Michael Amster | 5/31/2018 | TC with Lionel (Sr.) about settlement. | $636.00 | 0.2 | 0.2 | $127.20 |
| Michael Amster | 5/31/2018 | Prepare correspondence to OC about settlement. | $636.00 | 0.2 | 0.2 | $127.20 |
| Michael Amster | 5/31/2018 | Review damages and conference with Lionel (Jr.) about case. | $636.00 | 0.2 | 0.2 | $127.20 |
| Michael Amster | 5/30/2018 | Review offer of judgment. | $636.00 | 0.1 | 0.1 | $63.60 |
| Michael Amster | 5/16/2018 | Review correspondence from OC about meet and confer, final edit of same, file same. | $636.00 | 0.3 | 0.3 | $190.80 |
| Michael Amster | 5/15/2018 | Review and edit meet and confer, prepare correspondence to OC about same. | $636.00 | 0.3 | 0.3 | $190.80 |
| Michael Amster | 5/14/2018 | Review correspondence and meet and confer from Defendants, prepare correspondence to OC about same. | $636.00 | 0.2 | 0.2 | $127.20 |
| Michael Amster | 5/9/2018 | Prepare meet and confer report and correspondence to OC about same. | $636.00 | 1.3 | 1.3 | $826.80 |
| Michael Amster | 5/4/2018 | Review scheduling order. | $636.00 | 0.2 | 0.2 | $127.20 |
| Michael Amster | 5/4/2018 | Conference with court about initial status conference. | $636.00 | 0.1 | 0.1 | $63.60 |
| Michael Amster | 5/3/2018 | Review local rules regarding time-lines for initiating discovery requests. | $636.00 | 0.2 | 0.2 | $127.20 |
| Michelle Patino | 4/24/2018 | Mailed copy of summons to defendant phong trans last know address as described. | $196.00 | 0.1 | 0.1 | $19.60 |
| Michelle Patino | 4/24/2018 | Efiled Returned Summons for Lan Vu and Phong Tran Conference with LC about settlement of case. | $196.00 | 0.2 | 0.2 | $39.20 |
| Michael Amster | 4/20/2018 | Reading and responding to correspondence from OC about settlement, making several legal arguments regarding liquidated damages and indvidiual liability | $636.00 | 0.1 | 0.1 | $63.60 |
| Michael Amster | 4/17/2018 | therein. | $636.00 | 0.6 | 0.6 | $381.60 |

| Name | Date | Description | Rate | Hours | | Amount |
|---|---|---|---|---|---|---|
| Michael Amster | 4/17/2018 | Reading and responding to correspondence from OC about settlement. | $636.00 | 0.5 | 0.5 | $318.00 |
| Michael Amster | 4/13/2018 | Review answer to amended complaint. | $636.00 | 0.2 | 0.2 | $127.20 |
| Michelle Patino | 4/11/2018 | Meeting with process server regarding Summons. | $196.00 | 0.1 | 0.1 | $19.60 |
| Michelle Patino | 4/11/2018 | T/C with clerk of US District Court of DC re: Summons for additional Defendants. Clerk said that she will bring it to the attention to whoever sends out the summons and we will be receiving them soon. | $196.00 | 0.2 | 0.2 | $39.20 |
| Michael Amster | 4/5/2018 | Conference with MP about summons. | $636.00 | 0.1 | 0.1 | $63.60 |
| Michael Amster | 4/3/2018 | Conference with MP about summons. | $636.00 | 0.1 | 0.1 | $63.60 |
| Michelle Patino | 4/3/2018 | T/C with Clerk re: summons. They will be sent soon. | $196.00 | 0.1 | 0.1 | $19.60 |
| Michael Amster | 4/2/2018 | Review file. | $636.00 | 0.1 | 0.1 | $63.60 |
| Michelle Patino | 3/28/2018 | Efiled summons returned executed. | $196.00 | 0.1 | 0.1 | $19.60 |
| Barrett Kelly | 3/26/2018 | Prepare/file Notice of Dismissal of Defendant Linh Vu. Revise Amended Complaint; conference with paralegal (MP) re preparing summonses for two new defendants (Vu and Tran) and filing amended complaint and summonses. | $440.00 | 0.4 | 0 | $0.00 |
| Barrett Kelly | 3/26/2018 | Mailed copies copies of amended complaint, summons and exhibit to OC along with dismissal. | $440.00 | 0.3 | 0 | $0.00 |
| Michelle Patino | 3/26/2018 | Efiled amended complaint with exhibit a and summons. | $196.00 | 0.1 | 0 | $0.00 |
| Michelle Patino | 3/26/2018 | Created summons for additional defendants. | $196.00 | 0.2 | 0 | $0.00 |
| Michelle Patino | 3/25/2018 | Review first amended complaint. | $196.00 | 0.2 | 0.2 | $39.20 |
| Michael Amster | 3/23/2018 | Prepare Amended Complaint. | $636.00 | 0.2 | 0 | $0.00 |
| Barrett Kelly | 3/22/2018 | Meeting with client to discuss Rule 11 motion and identify correct individual defendant. | $440.00 | 0.8 | 0 | $0.00 |
| Barrett Kelly | 3/22/2018 | Translate for BK | $440.00 | 1.5 | 1.5 | $660.00 |
| Ariel Anzora | 3/22/2018 | Conf. w/ client and attorney regarding claims. | $196.00 | 0.2 | 0 | $0.00 |
| Keron Cruz | 3/22/2018 | (Translated for BK.) | $196.00 | 1.2 | 1.2 | $235.20 |
| Michael Amster | 3/22/2018 | Meeting with Cruz Jr. to continue to discuss ownership structure. | $636.00 | 0.6 | 0.6 | $381.60 |

| Name | Date | Description | Rate | Hours | Hours | Amount |
|---|---|---|---|---|---|---|
| Michael Amster | 3/22/2018 | Meeting with Cruz to discuss individual owner and rule 11 Motion. | $636.00 | 0.4 | 0.4 | $254.40 |
| Michelle Patino | 3/22/2018 | Set up Consult for Lionel Jr. | $196.00 | 0.1 | 0 | $0.00 |
| Barrett Kelly | 3/14/2018 | Review proposed Rule 11 Motion and Saigon Kitchen bylaws provided by OC; conference with MA re same; additional research re correct name of individual defendant in light of Saigon Kitchen bylaws; e-mail to MA re same. | $440.00 | 0.4 | 0.4 | $176.00 |
| Michael Amster | 3/14/2018 | Review Rule 11 motion. | $636.00 | 0.4 | 0.4 | $254.40 |
| Michelle Patino | 3/14/2018 | T/C with Lionel/ Set up apt for next wednesday at 10:00am. | $196.00 | 0.1 | 0 | $0.00 |
| Michelle Patino | 3/14/2018 | TC with Lionel Cruz regarding apt. | $196.00 | 0.1 | 0.1 | $19.60 |
| Michelle Patino | 3/14/2018 | Left VM for Cruz re: apt MA requested. | $196.00 | 0.1 | 0 | $0.00 |
| Barrett Kelly | 3/12/2018 | Review correspondence from OC re case and Rule 11 motion. | $440.00 | 0.1 | 0 | $0.00 |
| Michael Amster | 3/12/2018 | Researching individual owners of defendant in light of OC's threats of Rule 11. | $636.00 | 1.1 | 1.1 | $699.60 |
| Michael Amster | 3/11/2018 | Read and respond to correspondence from OC about Rule 11. | $636.00 | 0.1 | 0.1 | $63.60 |
| Michael Amster | 3/11/2018 | Read and respond to correspondence from OC about case. | $636.00 | 0.2 | 0.2 | $127.20 |
| Barrett Kelly | 3/6/2018 | Research re whether process may be served on RA via certified mail; conference with MP re same. | $440.00 | 0.1 | 0.1 | $44.00 |
| Barrett Kelly | 3/6/2018 | Conference with MA re serving Defendants; review case filings for summons and complaint; arrange with paralegal (MP) for service of same. | $440.00 | 0.3 | 0.3 | $132.00 |
| Michael Amster | 3/6/2018 | Conference with BK about service. | $636.00 | 0.1 | 0.1 | $63.60 |
| Michelle Patino | 3/6/2018 | Conference with BK re: service for Saigon Kitchen. Emailed Summons and Complaint to Fallin for Service | $196.00 | 0.3 | 0.3 | $58.80 |
| Michelle Patino | 3/6/2018 | to obtain service of process. | $196.00 | 0.1 | 0.1 | $19.60 |
| Barrett Kelly | 3/5/2018 | Prepare/file Notice of Appearance for MA. | $440.00 | 0.4 | 0.4 | $176.00 |
| Michael Amster | 3/5/2018 | Researching making threats of immigration as a violation of the FLSA and DCMWA. | $636.00 | 0.5 | 0.5 | $318.00 |

| Name | Date | Description | Rate | Hours | Hours | Amount |
|---|---|---|---|---|---|---|
| Michelle Patino | 3/5/2018 | Mailed Notice of Appearance to Defendants. | $196.00 | 0.2 | 0 | $0.00 |
| Barrett Kelly | 3/2/2018 | Conference with MA re Complaint; revise/edit same; arrange with paralegal (MP) for filing. | $440.00 | 0.1 | 0.1 | $44.00 |
| Barrett Kelly | 3/1/2018 | TC with client (Cruz Cortes Jr.) re basis computing his hourly wage; amend complaint to add minimum wage claim for Plaintiff Cruz Cortes Jr. | $440.00 | 1.1 | 1.1 | $484.00 |
| Ariel Anzora | 3/1/2018 | Update rates | $196.00 | 0.2 | 0 | $0.00 |
| Michael Amster | 3/1/2018 | Conference with BK about case. | $636.00 | 0.1 | 0.1 | $63.60 |
| Barrett Kelly | 2/28/2018 | Calculate hourly rate for plaintiffs based on time/pay records; amending complaint based on same. | $440.00 | 0.9 | 0.9 | $396.00 |
| Barrett Kelly | 2/28/2018 | Conference with MA re complaint (issue of personal jurisdiction over potential MD defendant and calculating Plaintiff's hourly rates based on time/pay records to determine viability of minimum wage claims). | $440.00 | 0.5 | 0.5 | $220.00 |
| Barrett Kelly | 2/28/2018 | Meeting with client (Cruz Sr.) re details of allegations and potential retaliation claim; amend Complaint based on same. | $440.00 | 0.6 | 0.6 | $264.00 |
| Ariel Anzora | 2/28/2018 | Conference with clients about facts of case for purpose of preparing complaint. | $196.00 | 0.6 | 0.6 | $117.60 |
| Michael Amster | 2/28/2018 | Review damages and complaint, conference with BK about same. | $636.00 | 0.6 | 0.6 | $381.60 |
| Barrett Kelly | 2/26/2018 | Conference with MA re which claims to bring in complaint; revise/edit complaint based on same. | $440.00 | 0.4 | 0.4 | $176.00 |
| Barrett Kelly | 2/22/2018 | Prepare Complaint. | $440.00 | 3.9 | 3.9 | $1,716.00 |
| Barrett Kelly | 2/21/2018 | Preparing Complaint. | $440.00 | 1.1 | 1.1 | $484.00 |
| Barrett Kelly | 2/20/2018 | Conference with MA re preparing complaint. | $440.00 | 0.2 | 0 | $0.00 |
| Michael Amster | 2/20/2018 | Conference with BK about preparing complaint. | $636.00 | 0.2 | 0.2 | $127.20 |
| Michael Amster | 2/12/2018 | TC with Lionel Cruz about status of case. | $636.00 | 0.1 | 0.1 | $63.60 |
| Michael Amster | 2/12/2018 | TC with client about settlement of case. | $636.00 | 0.2 | 0.2 | $127.20 |
| Michael Amster | 2/6/2018 | TC with OC about settlement. | $636.00 | 0.2 | 0.2 | $127.20 |
| Michelle Patino | 2/6/2018 | Conference with Mr. Cruz regarding status of case. | $196.00 | 0.1 | 0.1 | $19.60 |
| Michael Amster | 2/2/2018 | Read and respond to correspondence from OC. | $636.00 | 0.1 | 0.1 | $63.60 |

| Name | Date | Description | Rate | Hours | Adj. Hours | Amount |
|---|---|---|---|---|---|---|
| Barrett Kelly | 1/19/2018 | Incorporate MA's edits into demand letter. | $440.00 | 0.6 | 0.6 | $264.00 |
| Barrett Kelly | 1/19/2018 | Research re correct name of individual Defendant (Linh Vu); conference with MA re same. | $440.00 | 0.2 | 0.2 | $88.00 |
| Michael Amster | 1/19/2018 | Review and edit Demand and damages calculation. | $636.00 | 0.4 | 0.4 | $254.40 |
| Vanessa Zelaya | 1/19/2018 | Scanned, made 4 copies, and mailed demand letter to Def | $196.00 | 0.2 | 0 | $0.00 |
| Barrett Kelly | 1/18/2018 | Continue preparing demand letter; revise/edit same. | $440.00 | 1.3 | 1.3 | $572.00 |
| Barrett Kelly | 1/17/2018 | Continue preparing demand letter. | $440.00 | 0.6 | 0.6 | $264.00 |
| Barrett Kelly | 1/17/2018 | Continue damages calculation. | $440.00 | 0.3 | 0.3 | $132.00 |
| Barrett Kelly | 1/17/2018 | Confrence with MA about settlement. | $440.00 | 0.1 | 0 | $0.00 |
| Michael Amster | 1/17/2018 | Conference with BK about settlement of case. | $636.00 | 0.1 | 0.1 | $63.60 |
| Barrett Kelly | 1/16/2018 | Prepare demand letter. | $440.00 | 0.6 | 0.6 | $264.00 |
| Barrett Kelly | 1/16/2018 | Calculate damages. | $440.00 | 0.5 | 0.5 | $220.00 |
| Barrett Kelly | 1/15/2018 | Conference with MA about demand. | $440.00 | 0.1 | 0 | $0.00 |
| Michael Amster | 1/15/2018 | Conference with BK about demand. | $636.00 | 0.1 | 0.1 | $63.60 |
| Michael Amster | 1/4/2018 | Initial Consultation | $636.00 | 1.1 | 1.1 | $699.60 |
| | | Total | | 52.5 | 45.9 | $23,815.60 |