# EXHIBIT 4

| Date | Description | Amount |
|---|---|---|
| Plaintiffs' Costs - Cruz Cortes, et al. v. Saigon Kitchen, Inc., et al. | | |
| 6/5/2018 | Conf. - Parking | $10.00 |
| 6/5/2018 | Conf. - Mileage ((8.5*2)*0.55) | $9.35 |
| 4/18/2018 | Fallin Investigative Services inv#1761 - Service | $145.00 |
| 3/15/2018 | Fallin Investigative Services inv#1731 - Service | $95.00 |
| 3/2/2018 | US Dist Ct for DC. Complaint filing fee. CC | $400.00 |
| | **Total** | **$659.35** |