# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIONEL ANTONIO CRUZ CORTES, *et al.* | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * Case No. 1:18-cv-00500-CRC |
| | * |
| SAIGON KITCHEN, INC., *et al.* | * |
| | * |
| Defendants. | * |

**************************************************************************

**DECLARATION OF MICHAEL K. AMSTER**

I, Michael K. Amster, under penalty of perjury, hereby declare and state the following:

**Qualifications of Counsel and Reasonableness of Fees**

1. I graduated from the University of Alabama School of Law in May 2009 and was admitted to the Alabama Bar in September 2009. I am licensed to practice law in the Maryland and Washington D.C. federal and state courts. I am also licensed to practice law in the U.S. Circuit Court of the District of Columbia, the United States Fourth Circuit, and the United States Supreme Court. I am an editor of the ABA Section of Labor and Employment Law for the Fair Labor Standards Act treatise. I have been published in the Maryland Association for Justice Journal. I have acted as a speaker for MWELA's annual conference and for the D.C. Bar Association. My practice is heavily focused on employment law, with an emphasis on wage and hour cases brought under the Fair Labor Standards Act and corresponding state statutes such as D.C. Minimum Wage Act. I am an active member of the Metropolitan Washington D.C. Employment Lawyers Association, the Maryland Employment Lawyers Association, and the Montgomery County Bar Association - Employment Law Section. I have been nominated by my peers as a Super Lawyer Rising Star each year since 2012. I am a named partner at Zipin, Amster, & Greenberg, LLC

("ZAG" or the "Firm"). ZAG is a highly skilled and experienced firm in the employment law field, and specifically in wage and hour cases. My hourly rate based on the LSI *Laffey* Matrix is $636.

2. I was assisted on this case by my associate J. Barrett Kelly. Mr. Kelly graduated from Georgetown University Law Center in 2012. He was admitted to the New York Bar in October 2013, the District of Columbia Bar in August 2014, the Maryland Bar in January 2015, and the Virginia Bar in December 2016. He is also admitted to practice in the U.S. District Courts for Maryland and the District of Columbia. He has been employed as an associate with ZAG since December 2016. Mr. Kelly's hourly rate based on the LSI *Laffey* Matrix is $440.

3. In prosecuting the Plaintiffs' claims in this case, the Firm's attorneys were supported by its paralegals – Ariel Anzora, Keron Cruz, Michelle Patino and Venessa Zelaya. The hourly rate for a paralegal based on the LSI *Laffey* Matrix is $196.

## The Reasonableness of the Time Expended

4. As the attorney in charge of this case, I am familiar with the work that has been performed and the time that has been expended in this case, which I believe to be reasonable.

5. A true and accurate copy of a billing statement showing legal services rendered and time expended by the Firm in the prosecution of Plaintiffs' claims is provided as Exhibit 3 to Plaintiffs' Motion and Memorandum. Billing entries were recorded contemporaneously with the work performed. The billing statement identifies the amount of time expended, the tasks performed, and the rate of the particular timekeeper involved.

6. I have audited and reviewed the billing statement generated in this matter, reflecting all professional time expended and costs incurred. I have cut any excessive or unnecessary work performed.

7. The fees submitted by Plaintiffs' counsel are those that I, in the exercise of my billing judgment, find to be fair and reasonably necessary to the litigation after making a good-faith evaluation of all recorded hours of work performed in relation to the Plaintiffs' case.

8. A true and accurate copy of a statement showing costs incurred by the Plaintiffs in the prosecution of their claims is provided as Exhibit 4 to the Plaintiffs' Motion and Memorandum.

9. The Firm agreed to represent the Plaintiffs on a contingency basis. The Firm has never charged the Plaintiffs anything for representation in this case. Instead, the Firm agreed to accept payment of attorneys' fees only if successful in the litigation. The Firm has expended numerous hours of professional time and hundreds of dollars in costs – none of which have been paid or reimbursed by the Plaintiffs – to pursue the Plaintiffs' claims in this case.

10. The Firm has a very busy employment law practice. This case caused the Firm significant opportunity costs because this matter prevented it from pursuing other matters.

On this 5th day of July, 2018, I hereby affirm under penalty of perjury that the above is true and correct.

_____
Michael K. Amster

3