**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LIONEL ANTONIO CRUZ CORTES, *et al.* | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *   Case No. 1:18-cv-00500-CRC |
| | * |
| SAIGON KITCHEN, INC., *et al.* | * |
| | * |
| Defendants. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Upon consideration of Plaintiffs' Motion for Attorneys' Fees and Memorandum in Support Thereof, any opposition thereto, and any hearing thereon, it is this _____ of _____, 2018, hereby,

ORDERED, that Plaintiffs' Motion is GRANTED; and it is further

ORDERED, that Plaintiffs are awarded attorneys' fees of $23,825.60 and costs of $659.35 against the Defendants, jointly and severally; and it is further

ORDERED, that Defendants shall pay the awarded fees and costs unto Plaintiffs within (10) days of the date of this Order.

_____
Judge, United States District Court
for the District of Columbia