IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIONEL ANTONIA CRUZ CORTES, *et al.*, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *   Case No.: 1:18-cv-00500-CRC |
| | * |
| SAIGON KITCHEN, INC., *et al.* | * |
| | * |
| Defendants. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' REPLY TO DEFENDANTS'
OPPOSITION TO MOTION FOR ATTORNEY'S FEES**

Plaintiffs, by and through undersigned counsel, hereby submit this Reply to Defendants' Opposition to Motion for Attorneys' Fees.

**Defendants' Paragraphs 2-11**

Plaintiffs initially filed suit against Saigon Kitchen, Inc. and Linh Vu. Plaintiffs amended their complaint to remove Linh Vu and replace her with Lan Vu. Linh Vu is Lan Vu's sister, her name is very similar to Lan Vu, and Linh Vu was a director of Saigon Kitchen, Inc.'s sister restaurant, Rice Paddies, which is located in Bethesda Maryland. Additionally, Plaintiffs do not speak English and are not familiar with Vietnamese names. Therefore, Plaintiffs were justified in their confusion about the correct spelling of Ms. Vu's name.

After Plaintiffs filed suit, counsel for Defendants immediately threatened to file a Rule 11 motion. He did not provide counsel for Plaintiffs with any ownership documents to demonstrate Saigon Kitchen's proper owners or provide any information regarding the ownership structure of Saigon Kitchen whatsoever. Therefore, counsel for Plaintiffs was forced to conduct research on the corporate ownership structure of Saigon Kitchen. Defendants then attached the ownership documents to their Rule 11 Motion. Thereafter, Plaintiffs immediately amended their complaint

to insert the correct owners. Rather than giving the professional curtesy of providing the ownership documents initially, Defendants took the scorched earth approach of threatening Plaintiffs' counsel with a Rule 11 Motion. Defendants could have easily avoided the necessity of Plaintiffs having to conduct this research.[1]

Furthermore, Defendants incorrectly assert that "counsel attempts to recover 9.8 hours for responding to the Rule 11 letter." (Op. Mem. p 4.) Counsel for Plaintiffs did not respond to or prepare any opposition to Defendants' Rule 11 Motion. He merely researched the ownership issues surrounding the individual defendants *in light of* Defendants' Rule 11 threats. Notably, counsel for Plaintiffs are not seeking the time incurred in amending their Complaint. (Dkt. 18-3 p. 4.)

**Defendants' Paragraph 12**

In paragraph 12 of Defendants' Opposition Memorandum, Defendants assert that Plaintiffs' time spent on the "preparation of the Motion" was not billed contemporaneously or "at least there is no written evidence that they did in their timesheet." Plaintiffs are at a loss to understand this argument or the basis of Defendants' assertion. It is unclear what evidence in Plaintiffs' time sheet Defendants want to see. Plaintiffs' attorney hours were billed contemporaneously, and Counsel for Plaintiffs have said so in an affidavit. (Dkt. 18-5 ¶ 5.)

### PLAINTIFFS SEEK AN ADDITIONAL 2.1 HOURS FOR THE PREPARATION OF THIS REPLY

Counsel for Plaintiff, Michael Amster, seeks an additional 2.1 hours of time in the review of Defendants' Opposition Memorandum and preparation of this Reply. As previously set forth

---

[1] These fees were also caused by Defendants' failure and refusal to engage in good faith pre-suit negotiations with Plaintiffs.

herein, Michael Amster's hourly rate is $636 per hour, which would add $1,335.6 to the total amount requested.

## CONCLUSION

For the foregoing reasons, as well as those offered in Plaintiffs' Motion for Attorneys' Fees, the Court should award Plaintiffs $25,810.55 in attorneys' fees and costs against all Defendants, jointly and severally.

Respectfully submitted,

\_\_\_\_/s/ Michael K. Amster_____
Michael K. Amster, Bar No. 18339
J. Barrett Kelly, Bar No. 20312
Zipin, Amster & Greenberg, LLC
8757 Georgia Ave. Suite 400
Silver Spring, MD 20910
(301) 587-9373 (ph)
(240) 428-9142 (fax)
mamster@zagfirm.com
bkelly@zagfirm.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of July, 2018, a true and correct copy of the foregoing was served via the Court's ECF on all counsel for Record.

\_\_\_\_\_/s/_____
Michael K. Amster